IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GAIRITT SCHAD,

    Plaintiff,

  v.

DAVID MAHONEY, SUN PRAIRIE POLICE DEPARTMENT CHIEF OF POLICE, OFFICER HETRICK, OFFICER LOWERY, and UNKNOWN DANE COUNTY DEPUTY CANINE HANDLER,

    Defendants.

Case No. 20-cv-811-jdp

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

/s/
Peter Oppeneer, Clerk of Court

3/22/2021
Date